UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. James Anthony Holloman**　　　　　　　　　　　　　　Docket No. 7:07-CR-8-1BO

### Petition for Action on Supervised Release

COMES NOW Peter J Yalango, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of James Anthony Holloman, who, upon an earlier plea of guilty to 18 U.S.C. §922(g)(1) and 924, Possession of Firearm by Felon, and 18 U.S.C. §922(g)(1), 924 and 3147(1), Possession of Firearm by Felon, was sentenced by the Honorable James C. Fox, Senior U.S. District Judge, on January 8, 2008, to the custody of the Bureau of Prisons for a term of 135 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 36 months.

　　James Anthony Holloman was released from custody on March 24, 2017, at which time the term of supervised release commenced.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

The defendant was diagnosed with schizophrenia by the Bureau of Prisons during his term of imprisonment and was receiving mental health counseling and medication. The offender has requested that he continue to receive mental health services during his term of supervision.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

The defendant shall participate in a program of mental health treatment, as directed by the probation office.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,　　　　　　　　　　　I declare under penalty of perjury that the foregoing
　　　　　　　　　　　　　　　　　　　　　　　is true and correct.

/s/ Eddie J. Smith　　　　　　　　　　　　　　/s/ Peter J Yalango
Eddie J. Smith　　　　　　　　　　　　　　　　Peter J Yalango
Supervising U.S. Probation Officer　　　　　　U.S. Probation Officer
　　　　　　　　　　　　　　　　　　　　　　　150 Rowan St, Suite 110
　　　　　　　　　　　　　　　　　　　　　　　Fayetteville, NC 28301
　　　　　　　　　　　　　　　　　　　　　　　Phone: 910-354-2546
　　　　　　　　　　　　　　　　　　　　　　　Executed On: March 30, 2017

James Anthony Holloman
Docket No. 7:07-CR-8-1BO
Petition For Action
Page 2

## ORDER OF THE COURT

Considered and ordered this __31__ day of __March__, 2017, and ordered filed and made a part of the records in the above case.

_/s/ Terrence W. Boyle_
Terrence W. Boyle
U.S. District Judge